# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:06CR242 |
| GAIL A. TIERNEY, | ) ) ) | **SCHEDULING ORDER** |
| Defendant. | ) | |

Before the court is defendant's Motion to Extend Deadline for Pretrial Motions [16]. The government has no objection to the continuance. Good cause being shown, the motion will be granted. The Motion for Disclosure of Confidential informant [17] shall be deemed as timely filed.

IT IS ORDERED :

1. That the Motion to Extend Deadline for Pretrial Motions [16] is granted.

2. The evidentiary hearing on the Motion for Disclosure of Confidential informant [17] is set for **September 14, 2006 at 9:00 a.m.** before Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

3. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **the time between August 17, 2006 and September 14, 2006**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 22nd day of August, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge