IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:06CR242 |
| GAIL A. TIERNEY, | ) ) | **SCHEDULING ORDER** |
| Defendant. | ) ) | |

Upon oral motion of the defendant and no objection from the government,

IT IS ORDERED :

1. That the defendant's oral motion to continue is granted;

2. The evidentiary hearing on the Motion for Disclosure of Confidential informant [17] is rescheduled for **September 25, 2006 at 9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 14th day of September, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge