**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR242** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **GAIL A. TIERNEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion to extend her self-surrender date from July 3, 2007, to July 6, 2007(Filing No. 89).

IT IS ORDERED that the Defendant's motion to extend her self-surrender date to (Filing No. 89) is denied.

DATED this 25th day of June, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge